Jabbar Jomo STRAWS, Plaintiff—Appellant,

v.

Jason CRAWFORD, Lexington County Sheriff's Department; Jason Shuler, Batesburg Leesville Police Department, Defendants—Appellees,

and

Lexington County Sheriff's Department; Batesburg–Leesville Police Department, Defendants.

No. 07–6761.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 26, 2007.

Decided: Oct. 11, 2007.

Jabbar Jomo Straws, Appellant Pro Se. William Henry Davidson, II, Daniel C. Plyler, Davidson, Morrison & Lindemann, PA, Columbia, South Carolina, for Appellee Jason Crawford.

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jabbar Jomo Straws appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Straws v. Crawford,* No. 4:06–cv–03220–HFF, 2007 WL 1302685 (D.S.C. May 2, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*